■ LEWIS BROWN, Appellant, v MELBA FOODS SPECIALTIES, INC., et al., Respondents, et al., Defendant. — Judgment, Supreme Court, Bronx County (Adolph Orlando, J.), entered on March 4, 1983, unanimously reversed, on the law and the facts, and a new trial ordered solely on the issue of damages, without costs and without disbursements, unless defendants-respondents, within 20 days after service upon their attorney of a copy of the order to be entered herein, serve and file in the office of the clerk of the trial court a written stipulation consenting to increase the verdict in plaintiff's favor to $50,000 and to the entry of an amended judgment in accordance therewith. If defendants-respondents so stipulate, the judgment, as so amended and increased, is affirmed, without costs and without disbursements.

After review of the record, the damages appear to us to be inadequate to the extent indicated. Concur — Ross, J. P., Carro, Fein, Lynch and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN AHERN, Appellant. — Judgment, Supreme Court, New York County (Frederic Berman, J., at trial and sentence; Harry Davis, J., at suppression hearing), rendered on July 16, 1980, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Carro, J. P., Bloom, Fein, Milonas and Kassal, JJ.

■ A. RICHARD GOLUB, Appellant, v RENE FRANK et al., Respondents. — Order, Supreme Court, New York County (Allen Murray Myers, J.), entered on June 28, 1984, unanimously affirmed, without prejudice to any appropriate application to recover for use and occupancy. Respondents shall recover of appellant $75 costs and disbursements of this appeal. No opinion. Concur — Carro, J. P., Bloom, Fein, Milonas and Kassal, JJ.

■ In the Matter of SOL TAPPER, an Attorney. — Motion granted, and respondent reinstated as an attorney and counselor at law in the State of New York, effective December 4, 1984. Concur — Sandler, J. P., Sullivan, Asch, Bloom and Kassal, JJ.